

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00157-CR

Montranique D. **PERALTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 690655
Honorable Erica Dominguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss the appeal is GRANTED, and this appeal is DISMISSED. Appellant's motion to issue mandate immediately is DENIED.

SIGNED July 23, 2025.

_____
Irene Rios, Justice